**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTREN DISTRICT OF NORTH CAROLINA**
WESTERN DIVISION
**CIVIL DIVISION**

| | | |
|---|---|---|
| **Plantiffs:** | ) | |
| Raymond Earl May,Jr. | ) | |
| Angela Dolores May | ) | **COMPLAINT** |
| | ) | **PRO SE** |
| | ) | FILE NUNBER 5:21-CV-83-M |
| **V** | ) | |
| **Defendants:** | ) | X **Jury Trial Demand (YES)** |
| Martin Fein Interest Ltd.,Bell Partners Inc. | ) | |
| Invesco Ltd.,Creekside at Crabtree Apartments | ) | |
| The Corporation Trust Company, | ) | |
| Brenda Hubbard,Katie Nelson, Trevor Stroud | ) | |
| William Hubbard,Karry Allen, Desserraye Perry | ) | |
| Meagan Dawes, Chyenne Taylor | ) | |

---

**Plaintiff resides at:**

4700 Riverwood Circle,#459, Wake County,Raleigh North Carolina, 27612


**Defendants(s) names(s) and address(es) if Known:**

Martin Fein Interest Ltd. 1400 Post Oak Blvd. # 500, Houston Texas, 77056

Bell Partners Inc. 1511 Sunday Dr. #316, Raleigh North Carolina 27612

1

Martin Fein Interest Ltd. 1400 Post Oak Blvd. # 500, Houston Texas, 77056

Bell Partners Inc. 1511 Sunday Dr. #316, Raleigh North Carolina 27612

Invesco Ltd. 11 Greenway Plaza Suite 1000,Houston Texas, 77046

Creekside at Crabtree Apartments, 4700 Riverwood Circle, Raleigh North Carolina 27612

The Corporation Trust Company, Corporation Trust Center 1209 Orange St.

Wilmington Delaware, 19801

Brenda Hubbard, W/F, Martin Fein Interest Ltd. Regional Manager ,1400 Post Oak Blvd.suite

500, Houston Texas,77056-4800

Katie Nelson, W/F, Martin Fein Interest Ltd. Assistant Manager, 1509 Rhode School Dr.

Wendel NC  27591

Trevor Stroud, W/M, Martin Fein Interest Ltd. Manager,1600 Springwood Plaza Apt. 317,

Spring, Texas, 77389 or 1400 Post Oak Blvd.suite 500, Houston Texas,77056-4800

William Hubbard, W/M, Bell Partners Inc, Manager, 4700 Riverwood Circle, Leasing Office,

Raleigh North Carolina, 27612

Karry Allen, W/F,Martin Fein Interest Ltd./ Bell Partners Inc, 4700 Riverwood Circle,

Raleigh North Carolina, 27612 (leasing Office)

Desserraye Perry, Biracial/F, Leasing Agent/Assistant Manager,Martin Fein Interest Ltd.  4524

Newby Dr. C-7, Durham 27704, or  4524 Newby Dr. Durham (Leasing Office)

Meagan Dawes W/F,  Regional Manager, Bell Partners,  1511 Sunday Dr. #316, Raleigfh North

Carolina, 27612

Chyenne Taylor B/F Assistant Manager Martin Fein Interest Ltd. 2029 Government Dr. Clayton

NC 27520


**Jurisdiction in this court is based on:**

2

1.The Court has jurisdiction over this action to 28 U.S.C. 1331 , 28 U.S.C 1343 A(1)(2)(3)(4) Title III of the Americans with Disabilities Act (ADA) Subpart B – General Requirements § 36.201 General.(a)(b)§ 36.202 (a)(b)§ U.S.C. 42 36.204 (a)(b)(d),Retaliation or coercion 42 U.S.C- 12203(a)

2.Venue is proper in the Eastern District of North Carolina, Raleigh  under 28 U.S.C. § 1391(1)(2) because the events giving rise to this action occurred in the Eastern District of North Carolina. Raleigh North Carolina, Creekside at Crabtree is located at 4700 Riverwood Circle , Raleigh NC 27612, Wake County. The defendants does business in Raleigh North Carolina. and 42 U.S.C. §3612c, in that the events or omissions giving rise to this action occurred in this district.

3.The units available for rent at Creekside at Crabtree Apartments are dwellings within the meaning of the Fair Housing Act, 42 U.S.C. § 3602(b)

4.Raymond Earl May and Angela Dolores May filed complaints with The North Carolina Office of Administration Hearing in a timely manner and  received a right to sue letter July 30, 2020 and a second right to sue letter November 2020 from the North Carolina Office of Administration Hearing, Wake County, Raleigh North Carolina. 1711 New Hope Church Rd. Raleigh 27609

5.Raymond Earl May Jr. and Alexis Angelena Lucas are both disabled according to the Americans with Disabilities Act of 1990,Titlle III, U.S.C § 42  3604 (a)(b)3(a)(b)(c). The Act defines persons with a disability to mean those individuals with mental or physical

3

impairments that substantially limit one or more major life activities.

6.The Corporation Trust Company, Corporation Trust Center 1209 Orange St. Wilmington Delaware is a limited partnership doing business in North Carolina relavant to this complaint. The Corporation Trust Company own Creekside at Crabtree Apartments, a multi residential apartment complex located at 4700 Riverwood Circle, Raleigh North Carolina, 27612.

7. Defendant Invesco Ltd. a Limited Partnership is a Houston Texas doing business in North Carolina relevant to of this complaint , a multi-family residential apartment complex located a 4700 Riverwood Circle, Raleigh NC 27612 located in Wake County, North Carolina. Invesco Ltd. is the present owner of Creekside at Crabtree Apartments.

8. Defendant Martin Fein Interest a limited Partnership is in Houston Texas doing business in North Carolina relevant to this complaint. Martin Fein Interest Ltd. was the owners of Creekside at Crabtree Apartments located at 4700 River wood Circle Raleigh North Carolina 27612 from May 2018 until November 2019

9. Defendant Bell Partners Inc. a legal corporation is a North Carolina company doing business in North Carolina as a leasing company for Creekside at Crabtree Apartments, a multi -family residential apartment complex located in Wake County at 4700 Riverwood Circle, Raleigh North Carolina. From November 2019 -present relevant

10.Defendant Brenda Hubbard, a Regional Manager employed by Martin Fein Interest Ltd.

4

from May 2018 until November 2019, located in Texas, for Creekside at Crabtree Apartment, a multi-residential apartment complex located in Wake County, North Carolina, 4700 Riverwood Circle, Raleigh North Carolina, 27612.

11.Katie Nelson, an apartment manager employed by Martin Fein Interest Ltd. located in Houston Texas, for Creekside at Crabtree Apartments, a multi-residential apartment complex, located in Wake County, 4700 Riverwood Circle, Raleigh North Carolina 27612 from May 2018 until November 2019.

12.Defendant Trevor Stroud, an apartment manager employed by Martin Fein Interest Ltd. located in Houston Texas, for Creekside at Crabtree Apartment, a multi-residential apartment complex located in Wake County, 4700 Riverwood Circle Raleigh North Carolina, November 2019.

13. William Hubbard, an apartment manager employed by Bell Partners Leasing located in Raleigh North Carolina, for Creekside at Crabtree Apartments, a multi-residential apartment complex located in Wake County, 4700 Riverwood Circle, Raleigh North Carolina from November 2019-present

14. Defendant Karry Allen, an apartment manager employed by Bell Partners Inc. located in Raleigh North Carolina, at Creekside at Crabtree Apartments, a multi-residential apartment complex located in Wake County, 4700 Riverwood Circle, Raleigh North Carolina. From July 2019 - present

5

15.Defendant Desserraye Perry, leasing agent/ apartment manager employed by Martin Fein Interest Ltd. located in Houston Texas, at Creekside at Crabtree Apartment a multi-residential complex located in Wake County, 4700 Riverwood Circle, Raleigh North Carolina. From April 2018 until July 2019.

16.Defendant Chyenne Taylor, Assistant Manager, employed by Martin Fein Interest Ltd. located in Houston Texas, at Creekside at Crabtree Apartments, a multi-residential apartment

17.complex located in Wake County, Raleigh North Carolina from May 2018 until approximately October 2018.

**The acts complained of in this suit concern:**

18.A continuing pattern of racially discriminatory conduct in violation of the Civil Rights Act of 1868, 42 U.S.C. §§ 1981, 1982, and the Fair Housing Act of 1968, as amended, 42 U.S.C. §§ 3601-19 ("FHA"). Plaintiffs Raymond Earl May Jr.,Angela Dolores May , who are African American, also asserts causes of action for intentional infliction of emotional distress and violation of the American Disability Act 1990.

19.Friday, August 17, 2018 Raymond Earl May Jr and Angela Dolores May filed a timely discrimination complaint with the North Carolina Office of Administrative Hearing;( Housing and Urban Development.) pursuant to 42 U.S.C. § 3610(a) alleging that the Defendants had discriminated against persons on the basis of, race and disability in connection with the rental at Creekside at Crabtree Apartments, 4700 Riverwood Circle, Raleigh NC 27612, located in Wake County North Carolina  in violation of the Fair Housing Act.

6

20. The Defendants, individually and/or through their agents, from April 2018 until January 2021 and continuing, have engaged in discriminatory housing practices at Creekside at Crabtree Apartments, a multi residential apartment complex, 4700 Riverwood Circle Raleigh North Carolina 27612, Wake County, including, but not limited to, the following practices:

21. Threatening and or filed Summary of Ejection notices in civil court to evict Raymond Earl May Jr., Angela Dolores May, and Alexis Lucas based on race and disabilities and by using fraudulent lease and ledgers.

22. April 2019, William Hubbard refusal to renew leases for apartment 441 and 459 according to NC rental laws. After Raymond May and Angela May sent notices of continuing the lease for apartment 441 and 459 located at 4700 Riverwood Circle Raleigh North Carolina 27612

23. Retaliation for filing a compliant with the North Carolina Office of Administrative Hearing, (Housing and Urban Development) on two separate occasions.

24. Having their lawyer, Ortiz and Schmic PLLC law firm call via phone, send emails in an attempt to intimidate, harass, coerce and or threaten Raymond May and Angela May into leaving Creekside at Crabtree Apartments.

25. Imposing different terms and conditions of the rental of dwelling based on race. Specifically, but not limit to, restricting Raymond May and Angela May use of tenant's portal

7

to make rental payments, not allowing Raymond May or Angela May to change television channel in the social lounge.

26. Taking away concessions for apartment 441 and 459 during the seven month of the lease, restricting and/or prohibiting deliveries, guests, because of race, and intentionally delaying repairs of washers in unit 237 and unit 459.

27. Refused to rent or otherwise made unavailable or denied one or more dwellings to persons because of race, in violation of 42 U.S.C. § 3604(a);

28. Discriminated against persons in the terms, conditions or privileges of the rental of dwellings because of race, in violation of 42 U.S.C. § 3604(b);

29. Made statements with respect to the rental of dwellings that indicates a preference, limitation, or discrimination on the basis of race, in violation of 42 U.S.C. § 3604(c)

30. Coerced, intimidated, threatened or interfered with persons in the exercise or enjoyment of any right granted or protected by section 803, 804, 805, or 806 of the Fair Housing Act, in violation of 42 U.S.C. § 3617.

31. Article 4A Chapter 42-37.1. Retaliatory evictions. a(1)(2)(4)

32. Discriminated against persons in the terms, conditions or privileges of the rental of dwellings because of race, in violation of 42 U.S.C. § 3604(a)(b)(c)(d) 3605,3606, or 3617 of this

8

title.

33.Raymond Earl May Jr., Angela Dolores May are the aggrieved persons as defined. Raymond Earl May Jr., and Angela Dolores May, and Alexis Lucas have suffered injury and damages as a result of the Defendants' unlawful conduct described above.

42 U.S.C. § 3617

34. March 2018 Raymond May, Angela May and their disabled adult daughter Alexis Angelena Lucas applied for an apartment at Creekside at Crabtree, 4700 Riverwood Circle, Raleigh NC 27612. a multi residential apartment complex located in Wake County, North Carolina

35.Tuesday, April 3, 2018 Meridith Cicale, Leasing Agent, sent Angela May an email stating that Angela's May's pay history will work and would be sending over the lease to be signed. After 11 different leases that were sent to Raymond May and Angela May the Creekside at Crabtree's Staff finally sent a corrected lease to be signed. This was an attempt to deter Raymond May and Angela May from moving to Creekside at Crabtree Apartments.

36.2018 we completed the application and was initially offered first month free and the second month concession would be spread over twelve months to lower monthly rent. Raymond May and Angela May were first shown apartment 331 by Meridith Cicale. Meridith Cicale received a phone call stating that apartment 331 was not available. Meridith Cicale showed us apartment 316. At that time Meridith Cicale stated that she would give us apartment 316 at the same rate and special as apartment 331. Raymond May and Angela May

9

decided to take apartment 316. The following week Raymond May and Angela May return to Creekside at Crabtree Apartments to sign the lease. Lauren, a leasing agent, stated to us that Creekside at Crabtree have different floor plans. Lauren showed us apartment 237. We asked if we could have it at the same price that Meridith Cicale offered for apartment 316. Lauren stated that we could have it at the same rate. Raymond May and Angela May decided to take the apartment.

37. Raymond and Angela May also asked if this was an handicapped accessible building. Lauren stated that it was. Apartment 237 is not a handicapped accessible apartment. When using her wheelchair she is unable to get into the bathroom, the foyer, the laundry room, the patio and to look out of the peephole of the front door. Or be able to get from the garage into the building. According to William Hubbard, Creekside at Crabtree Manager ,apartment 237 was rented as a handicapped accessible unit. He stated this to Investigator Jaquis Chappell, an investigator for the North Carolina Office of Administration Hearing.

38. On or about April 21, 2018 Meridith Cicale also offer us an preferred employee discount once she realized Raymond May was a retired Durham North Carolina Police Officer. Meridith contacted Katie Nelson,Creekside at Crabttree's Manager,by phone. Katie Nelson stated that we could receive the preferred employee discount which included no security deposit. After being approved and being sent ten different lease to sign, the terms that were offer to us were taken away. Katie Nelson stated that she contacted Brenda Hubbard, Regional Manager, regarding our approval. Katie Nelson stated to Raymond May and Angela May that we would only be approved if we pay the first and second month rent, one thousand dollars security deposit, and that the special would start mid June, the second month.

10

But we had to pay the full amount of rent for June. Katie Nelson stated that " Some people would move into the apartment, stay one month rent free and move out. She also stated that we could not pay rent like everyone else. We could not pay using Creekside at Crabtree residence portal. We have to pay by certified funds only. Raymond and Angela May asked Katie Nelson will she honor the initial offer from Lauren. Katie Nelson stated "No, Lauren gave us bad information"

39.On or about April 21, 2018  Meridith Cicale stated that we were approved and would get the discount of first month free, fifteen hundred dollars off the second month rent and one hundred ninety nine dollars off monthly rent until the end of the lease. After we were approved we were contacted by Meridith Cicale or Desserraye Perry requesting more information that we have already submitted. Again they requested rental history, and income verification, and that the property manager had to look the application over again.  Desserraye Perry, Leasing Agent, stated that Meredith gave us the wrong information. She should not have given us the discount.  Desserraye stated that we had to pay one thousand dollars security deposit, plus first month rent but will refund it back to us around mid June 2018. A total of 3090.00 dollars to move in.

40.On or about April 21, 2018 we received a welcoming letter from Creekside at Crabtree Apartments. The welcoming letters stated the move in amount would be three thousand ninety dollars. And the discounts will start the second month of the lease. Raymond May and Angela May refused to be deterred or discriminated against.

41.Friday April 6, 2018 Desserraye Perry, Leasing Agent, sent us an email stating that our

11

lease were sent to us through their Blue Moon Application. Stating that we were approved with one thousand dollars security deposit, one hundred fifty dollars refundable application fee per person, and that we must pay in certified funds.

42. June 6, 2018 Creekside at Crabtree Management place a non sufficient funds notice on our apartment door 237. They also sent an email stating that our rent of two thousand three hundred thirty two dollars and eighty two cents was paid late. We can only pay by certified funds and not with a personal check, credit or debit card. We could not use the residence portal to pay rent. Rent payment was place in the Creekside at Crabtree drop box. We questioned the email. Katie Nelson stated that the money was located and went out by mistake. This was a way to intimidate, harass, and humiliate Raymond May and Angela May.

43. June 12, 2018. Katie Nelson stated that she had to do this because she did not want us moving in for free and then move out and not having to pay rent for two months. Raymond May and Angela May asked Katie Nelson if she would honor Meredith Cicale offer that she gave to us. Katie Nelson stated "No" Meredith was wrong in giving you bad information and that she would talk to Meredith. We asked if the quote one thousand five hundred ten dollars offered by Meredith would be honored? Katie Nelson again stated "No." And that they would only accept certified funds as rental payments from Raymond May and Angela May. "We can not pay like everybody else. Ya'll have to pay by certified funds."" And we could not use the portal to make rental payments". This action was to deter and prevent Raymond and Angela May from renting an apartment at Creekside at Crabtree Apartments, Raleigh NC 27612 because of race and disabilities.

12

44.Saturday, July 7, 2018 Desserraye Perry signed for Alexis Lucas's pain medication. Angela May asked Desserraye if a package belonging to Alexis Lucas arrived. Desserraye stated "No" she has not signed for any deliveries today. The medication was only located after the pharmacy started tracking the delivery. Monday July 10th 2018 approximately 2:00 Angela May received a call from Victor Rotello, Creekside at Crabtree's leasing agent, stating that Alexis medication had just arrived. Alexis suffered in extreme pain for three days because Desserraye Perry attempted to steal the pain medication. The medication was signed by Desserraye Perry on Friday July 7, 2018.

45.Tuesday July 10, 2018 Katie Nelson for the second time sent Raymond May and Angela May an email stating that the non sufficient funds notice was placed on our door in error for June and July 2018. Katie Nelson and staff at Creekside at Crabtree knew that we could not use personal check and debit/credit cards. Placing these non sufficient funds notices on our door was done to embarrass, humiliate, and intimidate Raymond and Angela May along with Alexis Lucas. Staff are aware that Alexis has relapsing Multiple Sclerosis and this could have caused exacerbations. and that Raymond May has a heart condition.

46.Saturday, July 14, 2018 at approximately 11:00 am Raymond May called 911 regarding a disturbance in apartment 337. The Raleigh Police responded. This was the second time we had to call the police on the apartment 337. Approximately fifteen minutes later, Creekside at Crabtree Apartments Manager, Katie Nelson and a maintenance worker was knocking at our apartment door. Raymond May and Angela May spoke to them in the hallway. Katie Nelson stated that they were there to drill a hole into the ceiling to check the thickness of

13

the insulation. There were no notices sent to us which goes against their own policy. We asked if she was here regarding the noise above us in apartment 337. Katie Nelson stated that she was there because of 911 being called on apartment 337. Katie Nelson continue to state that she could not do anything about the disturbance in apartment 337 without any proof. Without being ask Katie Nelson stated that she had received several complaints on apartment 337. The people who moved out of 237 and those that lived next door to apartment 337 complained on apartment 337 regarding to excessive noise. They both stated that we should call maintenance or the courtesy officer living in the building instead of calling 911 on the people in 337. They were two white females.

47. July 14, 2018 Katie Nelson offered Raymond and Angela May a one hundred and fifty dollars gift card to J. Alexander restaurant instead of returning our refundable one hundred and fifty dollars application fee that was never returned to us at this point. Raymond May and Angela May explained to Katie Nelson that how insulting is is to offer people of color food to smooth over a racist issue. And by offering food to people of color to settle an issue is considered racist especially when the people of color is complaining about racist event that was committed by staff at Creekside at Crabtree Apartments. Katie Nelson stated that she did not see anything wrong with what she said. And she double down and stood by her statements. We also felt insulted Katie Nelson to offer a food gift card instead of refunding our money as promised. Katie Nelson also stated that if Desserraye Perry made those statements that it can not be considered racist because she is mixed race.

48. July 14, 2018 Katie Nelson asked what racist statement that were made by Desserraye Perry. We explained to Katie Nelson;" that In order for us to move into Creekside at Crabtree

14

we had to agree to pay by certified funds only, could not use the portal to pay rent like everyone else, the special offer to everyone else would not start until the second month, because some people like to move in free for one months and then move out and live two month s for free. " At that time Raymond May explained to Katie Nelson that we listened to the recording and realized that it was Katie Nelson who made the statements. Katie Nelson made those racist statements and is a white female. Based on Katie Nelson's opinion she did think that the statement were racist.

49. Wednesday July 18, 2018 An impromtu meeting with "Brandy" from Martin Fein Interest Ltd. corporate office out of Houston Texas. Brandy was visibly upset when Raymond May and Angela May informed her about Katie Nelson calling the police on a tenant because the tenants was locked out of the grilling area. "Grilling While Black." (Do not know Brandy's Last name.)

50.Tuesday August 21, 2018 Angela May sent an email as directed stating that all visitors that comes to see her in 237 must entered through the security gate. For all deliveries to be allowed to come to the apartment, and do not send any packages back.
Creekside staff continued to not allow deliveries. Would not allow Alexis case worker, who is a black female, to come to the apartment on her own. Creekside at Crabtree's staff allowed Alexis Lucas's white nurses to come up to the apartment freely without a hassle.

51.Tuesday August 21, 2018 Creekside at Crabtree staff sent us an email stating that they would no longer be signing for deliveries and should our packages require a signature we need to make other arrangement. This included Alexis Lucas monthly deliveries of her

15

medication. This is medication regarding Alexis Lucas disability.

52.Friday September 7, 2018 Angela May received an email from Kelly Medical, located in Wilmington North Carolina,  stating that they could not continue to send Alexis Lucas medical supplies because  the packages were being sent back and that it was costing them to much to resend the  medical supplies.

53.Saturday October 27, 2018 Kelly Medical left Angela May a voice mail stating they have two orders for pick up. Kelly Medical business is located in Wilmington North Carolina. Raymond May and Angela May had to drive two hours to pick up Alexis Medical supplies.  Creekside at Crabtree staff refused  to signed for Raymond May, Angela May and Alexis Lucas deliveries.

54. Thursday November 15, 2018 ,the washer in apartment 237 stop working.  Initially Stephon, Leasin Agent at Creeksdie at Crabtree Apartments allowed Raymond May to used a vacant apartment washer and dryer. Stephon stated to Raymond May that in events such as a broken washer staff normally allow tenants to use the Inlaw suite or a washer in a vacant apartment. A week later and still with a broken washer Stephon Schmidt, a leasing agent, informed us that we could no longer use a washer in a vacant apartment. It took maintenance approximately three weeks to repair the washer.

55. Saturday November 24, 2018, Raymond May went  to the leasing office at Creekside at Crabtree to ask if I could use a washer in a vacant apartment as before. I asked Stephon if I could use apartment 235 washer. Stephon stated that the use of the washer in a vacant apartment was brought up in their last meeting. He stated that due to insurance issues I could

16

not use a washer in a vacant apartment. I explained to him that maintenance came by the apartment Friday, November 23, 2018 and stated that a pipe was clogged and needed to be replaced. This was the second time that someone have came by and looked at the washer. I again explained that the door to the washer is locked and that the same clothes that were inside three weeks ago are still inside. It smells of mold and the apartments stinks. Stephon contacted the property manager via text. After receiving several replies my request to use a vacant apartment washer was denied. I was asked to put in a work order. I explained again that maintenance have already been to the apartment twice and stated that they were coming back Monday. I explained again that it smelled of mold build up coming from the dryer and that everything inside would need to be thrown away. Stephon stated that a broken washer isn't consider to be an emergency, and that no one would be coming out to the apartment.

56.Monday December 3, 2018 Trevor Stroud sent us an email stating that that deliveries will not be allowed to bring packages to our door without written permission. In the meantime all delivered packages will be placed in the Luxer One box or the packages will be placed in their office and the owner will be notified. This was Creekside at Crabtree Apartment initial way of signing and receiving packages.

57.Saturday January 5, 2019 Angela May attempted to pay rent for apartment 441. Angela May handed Karry Allen a money order for apartment 441. Karry Allen refused to take the rent payment. Karry Allen began to whine and acting like she was going to cry for no apparent reason. Angela May and Raymond May got up and left her office.

58.Tuesday June 11, 2019 Angela May and Raymond May attended a social at Creekside at

17

Crabtree. The social was scheduled 6 pm until 730 pm. Angela and I was sitting in the south east area of the of the social lounge near the window. While sitting their Trevor Stroud, property manager, entered the room first soon followed by Ms. Brenda Hubbard, Regional Manager. Trevor Stroud came over to speak to Angela and I. In a sarcastic, instigating, insulting, threatening way and asked, "How is your daughter? I have been thinking about her?"" I am sure it a good walk. You have to walk back and forth everyday." Knowing that the apartment that he showed us was not the one that we were leasing. Also Alexis apartment was on the other end of the building. Significantly too far away from each other.

59.Monday March 9th, 2019 staff at Creekside at Crabtree refused to sign for Alexis Lucas pain medication. Trevor Stroud, Manager, gave the UPS delivery driver a key fob to enter the main building so that the medication could be delivered. The medication was never delivered. After locating the medication at the UPS Customer Service Department at 4000 Atlantic Blvd. Raleigh North Carolina. I was advised to pick the medication up the following day. On March 30, 2019  Raymond May went to the UPS Customer Service Department where the Manager Molly Mulligan called 911 and had the the Raleigh Police to respond. They would not give Raymond May the medication until Alexis Lucas was present. Raymond May had to go home and pick up Alexis Lucas and take her back to UPS Customer Service Department. Alexis Lucas is a 35 years old disabled female who needs daily assistance. Alexis was without her medication for three days. No one at Creekside at Crabtree would sign for the medication. Their policy at that time was to sign for packages. Either put them in a Luxor locker and send the owner of the package a code so that they may open the Luxor locker. Or a staff member would sign for the delivery and place it into their office.  Call the owner of the package and advised them of the delivery.  Staff at Creekside at

18

Crabtree are responsible for having the police called on Raymond May. If staff would have followed Creekside at Crabtree's packages receiving policy and signed for the package this would have never happened.

60.Thursday April 11, 2019 While Rex Hospital Raleigh North Carolina, Angela May received a phone call from Trevor Stroud. Trevor Stroud stated to Angela May that a Wake County Deputy was in his office with papers for Angela. Angela May asked could she speak with the Deputy. Trevor Stroud refused to answer that question and the Deputy refused to speak to Angela May. Trevor Stroud stated that the papers were for Angela May. Trevor went into Angela May's personal files and retrieve Aajalon Lucas's name. Aaijalon Lucas is only listed as an emergency contact on our rental application. Trevor Stroud gave the Deputy Angela May's personal information going against their own privacy policy and against local, state or federal privacy policy.

61.Wednesday May 1, 2019,Wednesday at 5:00pm Raymond and Angela May met with Brenda Hubbard, Regional Manager, Trevor Stroud, Manager, in their office at Creekside at Crabtree. Once Raymond and Angela May entered the room and sat down at the table Brenda Hubbard asked Raymond May and Angela May to turn off our phones so that she would not be recorded. Raymond May and Angela May complied. Once the phones were turned off Brenda Hubbard began berating Raymond May and Angela May. Brenda stated that she was sick and tired of us. They have bent over backward for us and that there was nothing else she could do. And if you want to leave the apartment it would cost you four thousand dollars. And that she was not worry about what she say to be racial. She is married to a black man and have black kids. Angela May and Raymond May attempted to explain to her that statement is

19

racist alone. Angela May continued to explain to her that the statement is racist. As a white

female with black kids and a black husband why would she make that statement. And that

she should be embarrassed and ashamed. We tried to explain to her that she is tone death

even with a black family. Angela May got up and walked out. I again tried to explain how her

statement is considered racist. Brenda Hubbard double down on her statement. I left the

meeting. Trevor Stroud was not very vocal during the meeting.

62. Monday May 6 2019 We signed the lease for apartment 441 and 459 in front of Stephon, a

leasing agent for Creekside at Crabtree Apartments. Stephon checked for required

signatures. Raymond and Angela May signed both leases with a pen and not by using the

electronic signature. During all court eviction proceedings Creekside at Crabtree's lawyers

presented leases that were electronically signed. And ledgers that mathematically did not

add up. Those were fraudulant and fake leases and ledgers. Raymond May and Angela May

signed the lease with a pen. The leases that they produced in court were electronically

signed.

63.Thursday May 9, 2019 Trevor Stroud sent us an email regarding the move out statement

for apartment 237. He transferred a balance of six hundred sixty two dollars balance. Carpet

replacement four hundred thirty two dollars, laundry room and bedroom door replacement

for one hundred and one dollars and ninety eight cents, utilities one hundred twenty eight

dollars and thirteen cents. In retaliation Creekside at Crabtree Management sent us a move

out statement for apartment 237 stating that we owe approximately one hundred fourteen

dollars. Contradicting previous and future debt. The latest moveout statement was zero.

William Hubbard finally return thirteen hundred fifty dollars security deposit from apartment

20

237 December 2019 .

64.June 2019 William Hubbard sent out an email to all tenants of Creekside at Crabtree Apartments stating that Invesco Ltd. is the new owner of the property. The lease term will not change. December 2019 Karry Allen changed the term of our lease for apartment 441 and 459. William Hubbard changed his previous decision and stated that he was backing Karry Allen's decision.

65.Thursday June 20, 2019 Raymond May and Angela May filed a complaint with the State of North Carolina Office of Administrative Hearing Civil rights Division Human Relation Commission. (H.U.D)located in Wake County, Raleigh North Carolina. In retaliation Karry Allen advised Raymond May and Angela May that we have not paid the right amount of rent since signing the lease for apartment 441 and 459. Instead of paying one thousand twenty three dollars for apartment 459 and nine hundred eighty one dollars for apartment 441 we should have paid one thousand two hundred ten dollars for apartment 459 and one thousand one hundred sixty dollars for apartment 441. During this time the concession should have covered the extra amount asked. Karry Allen refuse to accept our concession that was given to us by Regional Manager Brenda Hubbard and Manager Trevor Stroud.

66.Tuesday August 6, 2019 Kelly Medical Supply representative, located in Wilmington North Carolina, New Hanover County, left a voice mail asking where to send Alexis Lucas's medical supplies for September and October 2019. Or if we had a location to send them. This was due to staff at Creekside at Crabtree refusing to sign for packages.

21

67.Saturday August 3, 2019 Raymond May met with William Hubbard, Creekside at Crabtree's manager, in his office. William Hubbard stated that he would look into the issue and would get back with me.  Raymond May also asked for a copy of his lease. William Hubbard gave Raymond May a copy of his lease and stated "this lease is not correct." He realized that when he looked at it. At that time Raymond May explained to him that was not the lease that Angela May and I signed. He stated that he would look into it and get back with me. William Hubbard later left a voice mail stating that it was an IT issue and our rent payment went back to one thousand twenty three  dollars for apartment 459 and nine hundred eighty one dollars for apartment 441 The concessions were placed back on both apartments.

68.Friday August 9, 2019 Raymond and Angela May received an email from Samantha Simpson, an Attorney for Brownlee Whitlow and Praet, Property Solution Law. 1850 3rd Street 350, Charlotte NC 28204. Stating that the Creekside at Crabtree Community no longer want us here. They wanted us gone immediately.  She did not give a reason when asked. This was away to threaten intimidate, harassed humiliate Raymond May and Angela May into moving out of the complex.

69.Saturday August 10, 2019  we had to call maintenance again to come back and repair the washer. This time there were a water leak. Water flowed from the laundry room, though the bathroom and onto the kitchen floor.  This is the 4th time in appropriately 5 times that they have worked on the washer. We strongly feel that this was in retaliation for filing a complaint  with NC Office of Administration Hearing.

70.Thursday September 12, 2019 after receiving a request from staff at Creekside at Crabtree

22

Attorney Samantha Simpson sent an email asking for information regarding where to put the handicapped parking sign for Alexis Lucas. Alexis Lucas have been living at Creekside at Crabtree since May 2018.

71. Saturday October   grilling in the pool area at Creekside at Crabtree Apartments.  Raymond May accidentally locked himself out from gaining entry into the grilling / pool area. Raymond May was unable to gain entry from the lobby area to the grilling area to retrieve his food from the grill.  Raymond May contacted Creekside at Crabtree emergency number. After finally speaking to maintenance personnel, who refused to come out to the apartment complex, Raymond May went upstairs to his apartment. Maintenance personnel stated that the grills are on automatic timers and will turn off in three hours.  Approximately 10 minutes later Raymond May heard a knock at his door. Raymond May open the door and there were two Raleigh Police Officers standing in a tactical position. Raymond May asked why were they at his door. They replied that they were responding to a disturbance involving a gun and that someone was attempting to kick down a door. They asked Raymond May to come with them. They escorted Raymond May through the hallway to the elevator. Once we reached the first floor I was escorted to the lobby area. Approximately 5 minutes later the maintenance person walked through the front door. Unlocked the door so that I could retrieve my food from the grill. One of life most embarrassing moments.

72.Saturday October 12, 2019 Katie Nelson sent me an email explaining why the police was called on a tenant asking for assistance. Katie Nelson directed her team to call the police as a precaution because it was said that Raymond May was threatening to kick in a door to get his belongings including a gun. She stated that it was so that I could get my belongings in a

23

peaceful manner. She had no idea why the police came to my door. And that she appreciate me being compliant. A racist written email.

73.May 2019 thru December 2019 staff at Creekside at Crabtree Apartments gave us a different amount of rent to pay each month. The price ranged from anything we wanted to, fifteen dollars up to market rate rent for both apartments.

74.Thursday December, 2019 Karry Allen refused to use our concession on both apartments. Karry stated that there was 2300.00 dollars on our account and it is just sitting there and can not be used. This was our monthly concessision. They were place on apartment 441. Instead of continuing to spread it monthly. She took it upon herself and took our concession raising 441 rent from 981.00 to 1160.00. This is Alexis Lucas's apartment. Whom is disabled an on a fixed income. 459 went from 1023.00 dollars to 1210.00 dollars.

75.Sunday January, 5 2020 Raymond May and Angela May met with William Hubbard regarding our rent. William Hubbard stated that yes he did correct our concession in August but will be standing by Karry Allen's decision.

76.Wednesday January 8, 2020 William Hubbard sent an email stating Karry Allen was right in taking away our concession and forcing us to pay market rate rent. William Hubbard also sent fake ledgers and lease knowing the information on them was fraudulent and incorrect. Paragraph number two William Hubbard stated that he did put a credit of one thousand one hundred and seventy eight dollars and seventy three cent on apartment 459 and one thousand thirty nine dollars and sixty seven cents on apartment 441.

24

77.Monday, March 9, 2020 Angela May and Raymond May sent an email to William Hubbard informing him that we will not be moving out of 4700 Riverwood Circle, Raleigh North Carolina, apartment 441 and 459. Located in Wake County North Carolina This was done two months prior to the ending of both leases. Will refused to allow us to sign a new lease. This was done in retaliation of filing a complaint against Creekside at Crabtree Apartments and it's staff.

78.Monday February 24, 2020 William Hubbard, Creekside at Crabtree Apartment Manager, fraudulently took Raymond and Angela May Wake County Civil Court, Raleigh North Carolina. Listed on the Summary of Ejection was rent due of One thousand one hundred and sixty dollars. Rent at this time should have been Nine hundred Eighty one dollars. They only wanted possession of apartment 441. After refusing to accept rent payments for apartment 441 for three months. After presenting the Judge with the fake ledgers and leases, recordings of Karry Allen refusing to take apartment 441 rent payments in December 2019. Even after William Hubbard left Raymond May and Angela May a voice mail stating that he did correct the issue and placed the credits back onto both apartments, and that it was an IT issue. Trial date was March 23, 2020.

79.On or about March 15, 2020 I Raymond May returned a phone call from Ms. Simpson an attorney representing Creekside at Crabtree Apartments. Ms. Simpson stated to Raymond May that Creekside at Crabtree's staff and community do not want us at Creekside at Crabtree apartments any more. She did not give any reasons. They just wanted us gone.

25

80. Trevor Stroud sent a Wake County Deputy to apartment 459 to serve child support papers. The papers address was for apartment 4700 Riverwood Circle 237. Again the child support documents were for Aajalon Lucas. Trevor Stroud knew that Raymond May and Angela May live alone in apartment 459. 459 is a one bedroom one bath apartment.

81.Monday March 23, 2020 Creekside at Crabtree Apartment"s Representative issued an Ejection Summary against apartment 459. North Carolina's Governor Roy Cooper issued stay at home order March 10, 2020. Creekside at Crabtree took out an Ejection Summary after Governor Cooper issued a stay at home order. And blamed the fact that they withdrew the Ejection Summary because of Covid-19 and Governor Roy Cooper stay at home order. This reasoning was stated to Investigator Chappell.

82.Tuesday March 31, 2020 William Hubbard posted a picture on Creekside at Crabtree's facebook page. In the picture you can see a white female displaying a "ladies of the invisible empire" hand sign. A white male displaying the lightning bolt hand sign and one displaying hand sings with his arms cross. According to the Anti Defamation League 605 Third Ave, New York, NY 10158-3650 these are all White Supremacy hand signs.

83.Sunday April 7, 2020 William Hubbard and Creekside at Crabtree maintenance staff uploaded video of properly placing garbage outside your door for trash pick up in front of the main entrance of Creekside at Crabtree Apartments. Throughout the video you can see William Hubbard and the white males displaying white supremacy hand signs.

84.Also William Hubbard's personal Facebook page you can observe William Hubbard and

26

other unknown white males displaying white supremacy hand signs. William Hubbard in other pictures is displaying the number 88. This number represent Hail Hitler. The eighth letter of the alphabets.

85. A search of Bell Partners' web page there were images of employees displaying white supremacy hand signs. "One female is displaying ' fourteen words" white supremacy hand sign, "We must secure the existence of our people and the future of white children"

86.Friday April 10, 2020 Heather Connors, Creekside at Crabtree's Lawyer, sent Raymond May and Angela May an email offering twenty five hundred dollars,A payment of $2,500.00; A return of your money orders: $1,075 (for apartment 441); $2,190 (for apartment 459); You will not need to pay rent through May 5, 2020; A waiver of all past due amounts owed on your rent ledger ($5,455.23 for 441 and $3,062.80 for 459); and A waiver of any utilities due through May 5, an amount to be determined, but which is likely around $300 for both units. In exchange, we would ask for all occupants to move out of units 441 and 459 by May 5, 2020. In addition, we would ask for you to withdraw/dismiss the appeal of the dismissal of your counterclaim, give a full release of all claims and an agreement not to make any future claims against the owner or property management company. We will cease all eviction proceedings and appeals.

87.On and about June 2020 William Hubbard stated to investigator Jaquis Chappell, North Carolina Office of Administrative Hearing, that signing for and taken control of Alexis Lucas's medical deliveries is an administrative burden for Creekside at Crabtree's staff. Therefore they would not be signing for her medication. The medicine is a specialty and is only found in

27

Lumberton NC. The medicine only comes once a month. They continued to sign for deliveries and even would call tenants to inform them that their packages have arrived.

88. Friday July 31, 2020 William Hubbard sent Raymond and Angela May an email stating that we must agree to pay rent at market rate and pay past due rent at market rate or leave the property. This was a day after Investigator Jaquis Chappell ended her housing discrimination investigation against Creekside at Crabtree Apartment staff. Neither William Hubbard or Karry Allen, after several request for a new lease prior to the end of both leases, would not renew our lease unless we agreed to pay market rate rent for both apartments. In retaliation they refused to renew our lease.

89. Wednesday September 9, 2020 William Hubbard and his attorney, Karry Allen and her attorney and Bell Partners Regional Manager Meagan Dawes again presented the same fake lease in Wake County Civil Court, Raleigh North Carolina to have us evicted from apartment 441 and 459. They did not follow NC Rules of eviction. The did not file for a Summary of Ejection. When they were aware that they refused to issue us a new lease. Even after several request to renew the lease for apartment 441 and apartment 459.

90. North Carolina Office of Administrative Hearing failure to properly investigate housing discrimination and discrimination against people with disabilities constitute extreme and outrageous conduct. Creekside at Crabtree Apartment staff along with their action placed Raymond May, Angela May and Alexis Lucas in imminent danger and caused them to be in fear of not having a home, not being able to rent a home, and fear for our public safety being staff have access to our apartments and not knowing what the next day . During this

28

time Raymond May, Angela May and Alexis Lucas did not know what the next day would bring from staff at Creekside at Crabtree Apartments and always was on edge.

Alexis Lucas health began to deteriorate. During the first Summary of Ejection trial the Judge warned us, stating " Good luck. Please be careful. You may want to consider moving because if they would go thru these length to try to get rid of you, there is know telling what they are willing to do. So you really need to be careful." Even though we had not paid rent for apartment 441 in three months, and refused to pay the extorted amount for 441 and 459. The Judge ruled in our favor.

91.Defamation of character, slanders and libel. As a retired police officer, and Angela May a past Durham North Carolina and Raleigh North Carolina 911 Emergency communicator by spreading these untruth statements and taking Raymond May and Angela May fraudulently to Civil Court for a Summary Ejection eviction trial.

92. Sunday, December 27 2020 at approximately 09:00 am while inside of our apartment(459) we could here a male and female voice outside of our door yelling " Wow how can someone live like this." Angela May open the door and Creekside at Crabtree maintenance and a black female were standing there. The female began walking away. Angela May questioned the maintenance person why was they standing in front of our door yelling about trash in the hallway. Angela could see the he was trying to record her with his cell phone. The incident was reported to Manager William Hubbard. The harassment, threats , intimidation have not stopped.

93.The Defendants' discriminatory actions as set forth above were intentional, willful, and

29

taken in disregard for the rights of others. Life, Liberty and the pursuit of Happiness" natural and legal rights, economic social and cultural rights; Declaration of Independence. 14th Amendment.

**Raymond May and Angela May seek the following relief:**

94.WHEREFORE, Raymond Earl May Jr. and Angela Dolores May, pray that the Court enter an Order that:

95.Declares that the Defendants' actions as set forth above violate the Fair Housing Act, as amended, 42 U.S.C. § 3601 et seq., specifically 42 U.S.C. §§ 3604(a),(b),(c) and 3617.

96.Declares that the Defendants' actions were intentional, willful, and/or taken in disregard for the rights of others.

97.Enjoins all Defendants, their partners, officers, employees, agents, and successors, and all other persons in active concert or participation with any of the Defendants, from: Discriminating because of race against any person in any aspect of the rental of a dwelling; and Declares that the Defendants' policies and practices, as alleged herein, violate the Fair Housing Act.

98.Assesses a civil penalty against each Defendant in an amount authorized by 42 U.S.C. § 3614(d)(1)(C) to vindicate the public interest. Failing or refusing to take such steps as may be necessary to prevent the recurrence of any discriminatory conduct in the future and to

30

eliminate, to the extent practicable, the effects of the Defendants' unlawful housing practices.

99.Awards monetary damages of seventy five million dollars to Raymond Earl May,Jr., Angela Dolores May, and Alexis Angelena Lucas  pursuant to 42 U.S.C. §§ 3612 and 3613(c). Raymond Earl May,Jr. Angela Dolores May and Alexis Lucas  further prays for such additional relief as the interests of justice may require.

100.request that The North Carolina Office of Administation Hearing  investigated by the United States Department of Justice for unethical and or illegal practices. At minimun based on retalitory eviction, Investigator Chappell could have charged with 2 counts of eviction retaliation. N.C. Gen. Stat. § 42-25.9

101.Not to report any negative rental history  from Creekside at Crabtree Apartments to any agency. Cancel all past and future payments to Creekside at Crabtree Apartments for apartment 441 and 459. Employees at Creekside at Crabtree Apartments, Bell Partners Inc, Martin Fein Interest Ltd. Not to contact Raymond May, Angela May and Alexis Lucas. And not to be put in a rental data base. Waive all past fees and payments.

31

2/18/2021

**DATE**

**SIGNATURE OF PLAINTIFF(S)**

Raymond Earl May Jr. Angela Dolores May

4700 Riverwood Circle # 459 ,

Raleigh NC 27612

910-228-4947 or 910 228-4539

32