FILED

JUN 3 0 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _MU3_ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVION - CIVIL

| | | |
|---|---|---|
| Raymond Earl May Jr. | ) | Case No: 5:21-CV-83-M |
| Angela Dolores May. | ) | |
| Alexis Angelena Lucas. | ) | |
| _____. | ) | |
| Plaintiffs(s) | ) | Jury Trial: X YES___NO |
| | ) | |
| VS | ) | |
| | ) | |
| Martin Fein Interest LTD et., | ) | Amended |
| | ) | Complaint For A Civil Case |
| _____. | ) | |
| Defendant(s) | ) | |

1.Now comes the Plaintiffs and moves to add as a plaintiff Alexis Angelena Lucas, 4700 Riverwood Circle Raleigh NC 27612 # 441 Alexis Lucas resides in Wake County, Raleigh NC, and is a citizen of Wake County North Carolina.

2.To add as a defendant Bryan Sulentic,1204 Village Market Place # 295. Wake County, Morrisville NC 27650, Bryan Sulentic is a citizen of Wake County. ~~Bryan Sulentic is a citizen of Wake~~ Repeat.

*Repeat*

~~County, North Carolina~~.

3.To add as a defendant Samantha Simpson, as Defendants 1850 East #3rd St. Mecklenburg County, Charlotte NC, Samantha Simpson is a citizen of Mecklenburg County, North Carolina.

4Case 5:21-CV-83-M have not been scheduled for court.

5.Defendants and Bell Partners Inc, Creekside at Crabtree Apartment staff used fraudulent leases and ledgers, swore under oath to obtain an affidavit in support of the defendant's motion for summary judgement knowing that the ledgers and leases were fake. The lease and ledgers were proven fake on 3-13-2020 in Wake County Small Claims Court, Raleigh NC. The Plaintiffs have corroborating evidence to prove them to be fake and forged. Original documents and audio recordings.18 U.S.C. SS 1503, Obstruction of Justice, 28 U.S.C.§1746 Perjury by Affidavit

6.The defendants committed forgery and uttering by forging Raymond Earl May Jr. and Angela Dolores May names and initials on Creekside at Crabtree Apartments, Raleigh NC 27612 apartment 441 and 459.September 3, 2020, lease for 4700 Riverwood Circle, Raleigh NC 27612 apartment 441 and 459 signatures are fraudulent. Obstruction of Justice.18 U.S.C

1503.Forgery/Uttering/Fraud

7.Throughout the Covid-19 pandemic the Defendants ignored the Center for Disease Control and Prevention OMB Control No. 1920-1303 regarding the Eviction Protection Declaration. A Federal Eviction Protection Law. And did not provide a Center of Disease Control's Affidavit as required by the C.A.R.E.S. ACT along with their summary ejection. Meaning that the case should be dismissed with prejudice for failure to attach an affidavit. The summary ejections were null and void.

8.The actions of the Defendants have been willful, malicious, without just cause, excuse or provocation.

WHEREFORE, Plaintiffs prays the Court as follows:

1)That the Court enter an Order stating that Meagan Dawes and Bryan obstructed justice and sanction, fine or imprisoned accordingly.   28 U.S.C§ Rule 83.7, Rule 83.7e Disciplinary Proceeding, Rule 4 83.7d,83.7a, Rule 83.7d(a)(b)

2.That the Court enter an Order stating that Bryan Sulentic and Meagan Dawes committed perjury by affidavit and to and sanction, fine or imprison accordingly. 18 U.S.C.§ 1503, Obstruction of Justice.

3. That the Court enter an Order that include malicious prosecution and award monetary damages of 75,000,000.00 (seventy-five million dollars) to Raymond Earl May Jr., Angela Dolores May and Alexis Angelena Lucas.

4) The Court enter an Order to investigate and or the prosecution of Meagan Dawes for forgery and uttering the lease and ledgers and to fine or imprison her accordingly. 18 U.S.C. § 1503, Obstruction of Justice.

5. The Court enter an Order to fine or imprison William Hubbard for using false information to obtain an Ejection Summary for 4700 Riverwood Circle, Raleigh NC 27612 #441 and apartment 459. Obstruction of Justice 18 U.S.C. § 1503, Obstruction of Justice.

6. The Court enter an Order to fine or imprison Karry Allen for using false information to obtain a Summary Ejection for 4700 Riverwood Circle, Raleigh NC 27612 #441 and Apartment 459. Obstruction of Justice. 18 U.S.C. § 1503, Obstruction of Justice.

7. The court to enter an Order to sanction or and or fine Samantha Simpson for harassing, intimidating, retaliation and discrimination Raymond Earl May Jr., Angela Dolores May and

Alexis Angelena Lucas calling and emailing demanding that the Mays leave the property and stating that they the community want us gone and no longer want us living at Creekside at Crabtree Apartments.42 U.S.C.§3604(a)(b)

8. The Court enter an Order stating that the Defendants breached their own lease / contract agreements for 4700 Riverwood Circle, Raleigh NC 27612 # 441 and apartment 459.

9. The Court enter an Order stating all past due and future rental payments are waived due to the 3/23/2020 case number 20-CVM-3666 Dismissed with prejudice.

10. The Court enter an Order stating that the defendants' actions were intentionally, willfully, malicious and meant to cause but not limited to physical pain, mental anguish, financial stress, emotional distress, pain and suffering, homelessness.

11. The Court to enter an Order stating that Bryan Sulentic obstructed justice by providing the Wake County Small Claim Court Judge, Raymond May and Angela May a fraudulent lease on 9/9/2020 to evict Raymond May, Angela May and Alexis Lucas and continued to present fraudulent documents to the Court knowing the lease and ledgers are fake. 18 U.S.C. §1503, Obstruction of Justice.

5

12. That the Court enter an Order to include malicious prosecution in monetary awards to the Plaintiffs.

13) For such other and further relief as to this Court may seem just and proper.

This 29th day of June 2021.

Raymond Earl May Jr.
Angela Dolores May
Alexis Angelena Lucas
Plaintiffs
Address: 4700 Riverwood Circle 459
Raleigh NC 27612
Telephone: 910-228-4539
910-228-4947
.E-Mail:  raymayjr@yahoo.com
          angeladmay@gmail.com
* * * * * * * * * * * * * * * *

6

**VERIFICATION**

STATE OF NORTH CAROLINA

COUNTY OF WAKE

Raymond Earl May Jr, Angela Dolores May, *Alexis Angelena Lucas* , Plaintiff/Defendant herein,

being first duly sworn, deposes and says that he/she has read the foregoing

Motion and knows the contents thereof; that the same is true of his/her own

knowledge except as to those matters stated upon information and belief and

as to those, he/she believes them to be true.

_Raymond Earl May / Angela Dolores May / Alexis Angelena Lucas_
_____
Plaintiff/~~Defendant~~

I hereby certify that *Raymond Earl May, Jr* ~~Angela Dolores May~~ *Alexis Angelena Lucas* personally appeared

before me and executed the foregoing document.

(   )   I have personal knowledge of the identity of the principal; or

( ✓ )   I have seen satisfactory evidence of the principal's identity by

a current state or federal identification with the principal's photograph in

the form of a driver's license.

This **29th** day of **June** , **2021** .

_Catherine M Medina_                     _Catherine M Medina_
Notary Public S

My Commission Expires: _August 9 202_

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 5:21-CV-83-M

RAYMOND EARL MAYJR )
ANGELA DOLORES MAY )
ALEXIS ANGELENA LUCAS )
)
) **CERTIFICATE OF SERVICE**
)
v. )
)
MARTIN FEIN INTEREST LTD et., al, )

I hereby certify that on June 30, 2021, a copy of Amended Civil Complaint Case was served

upon the following person(s) by United States Postal Service / Certified Mail: Attorney Bryan

Sulentic 1204 Village Market Place # 295,

Insert name of any attorney and/or party served by means other than filing in CM/ECF.

Raymond Earl May Jr.
Plaintiff
4700 Riverwood Circle, Raleigh NC 27612 # 459
910-228-4539, 910-228-4947
Email.raymayjr@yahoo.com