**FILED**

**JUN 3 0 2021**

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION-CIVIL

| | | |
|---|---|---|
| RAYMOND EARL MAY JR<br>ANGELA DOLORES MAY.<br>ALEXIS ANGELENA LUCAS<br>_____.<br>Plaintiffs<br><br>VS<br><br><br>MARTIN FEIN INTEREST LTD. et, al.,<br>_____,<br><br>DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | FILE NO:5:21-CV-83-M<br><br><br>Jury Trial: X,YES,_____,NO<br><br><br><br>AMENEND TO COMPLAINT/<br>ADD PLAINTIFFS /DEFENDANT |

RAYMOND EARL MAY JR., ANGELA DOLORES MAY AND ALEXIS LUCAS being first duly sworn says:

1.March 2019 Raymond Earl May Jr. Angela May requested a lease renewal as required. William Hubbard and Karry Allen would not respond to the May's requests during the months prior to the end of our lease. At the end of the lease May 2019 - May 2020 lease William Hubbard sent an email stating that we were now in a month-to-month lease because we did not sign or renew a new lease. The May's were intentionally not given an opportunity to sign a new lease like other tenants. Both apartments rent would have increased by a small affordable percent, along with the other incentives for staying. William Hubbard and Karry Allen refused to send the Mays a lease during the grace period. We were denied the opportunity and later asked to pay market rate rent. This is deceptive practices and discrimination. We were never given



the opportunity to renew our lease prior to being forced into a month-to-month lease. Again, they violated their own lease by not offering a lease renewal for both apartment after the request to renew was sent via email. Title 42 U.S.C.3604(a), Title 42 U.S.C. 3617,

2.Angela May recently been diagnosed with generalized anxiety, major depression disorder, PTSD, and is taking medication. Angela May did not have this issue until Creekside at Crabtree began constantly harassment, intimidation, humiliate, threaten, and discriminated the Mays. Angela May now sees a counselor and Psychiatrist regularly. Due to the stress placed on Angela Dolores May develop a feeling of hopelessness and despair. The Mays ask for relief so that they would stop the discrimination, harassment intimidation by filing complaints with North Carolina Office of Administrative Hearing. and other Governments Organization for help. The Office of Administrative Hearing (O.A.H.) Investigator Jaquis Chappell. Sharisa Wilkins, Gene Troy and Director Lamont Goins agreed that staff at Creekside at Crabtree did nothing wrong but gave us a right to sue letter. Investigator Chappell often stated that because someone treated you badly do not rise to discrimination. We filed a complaint to have the case assigned to a different investigator with the Office of Administration's Regional Office in Atlanta. The refused to reassign the case. At minimum Investigator Chappell could have done a walk-through of 4700 Riverwood Circle Raleigh NC 27612 apartment 237. The May's former residence. She would have realized that it was not a handicapped accessible apartment. When asked why she did not do a walk-through of the apartment 237. She stated that she just could not just walk onto somebody property. She took the staff word that it was handicapped accessible instead of performing an inspection of the apartment herself. She would not accept the recording of the inside and outside of apartment 237. She stated that" How can I prove that

this is the real apartment. I have no way of telling." Raymond May explained to her that he also recorded as we walked out of the apartment for the last time showing 237 on the door. She would not accept the recording. Investigator Jaquis Chappell and Gene Troy stated that it was illegal to record someone without the knowledge and refused to listen to the recording that would corroborate our complaints. We advised Investigator Chappell that staff at Creekside at Crabtree agree to be recorded. Sharisa Wilkins did not conduct a walk-through of apartment 441 to determine if it was handicapped accessible. Intentional Emotional Distress.

3.The Mays filed complaints with The United States Department of Justice, North Carolina Attorney General Office, American with Disability Association, NC Legal Aide, CNN, WRAL, and contacted Attorney Ben Crump requesting assistance. None of these agencies were helpful. The only thing left for the Mays to do is to defend themselves.

4.Wake County Small Claims Court 3/13/2020. 9/9/2020, the Judge ruled in the May's favor. 6/10/2021 Civil District Court the Judge ruled in the May's favor and was again dismissed with Prejudice. We done nothing but try to live in peace. We paid our rent-on time. Sometimes we paid to much. Karry Allen stated this. We wanted to have a perfect rental record and clear up our credit history. We stated this to staff at Creekside. Angela stayed on the edge wondering why Creekside were doing this to us. Raymond May, Angela May, and Alexis Lucas are all high risk for contacting Covid- 19. We were summoned to court during the pandemic. The constant worrying about Alexis Lucas being evicted, Alexis's health deterioration, threats of being homelessness. The fact that Creekside at Crabtree staff willfully lied and forged signatures to obtain ejection summaries knowing that they were fraudulent. The staff lying to

Investigators about apartment 237 and 441 being handicapped accessible, The lack of a proper Investigation by The North Carolina Office of Administrative Hearing. She now suffering from insomnia and was placed on sleep medication. recurring nightmares about being evicted. "Bystander Doctrine" "Bystander distress" Title 15 U.S.C.§6612

6.Alexis Angelina Lucas is considered disabled by United States Social Security Administration. Alexis Lucas was diagnosed with Relapsing Multiple Sclerosis at the age of 16. She is now 36 years old. She suffered from Chronic pain, depression, memory lost and all the symptoms that are related to Relapsing M.S. Stress is one of the major symptoms in triggering an exasperation. Since 2020 Alexis's health began to decline due to Creekside eat Crabtree apartment staff routinely attempting to evict apartment 441 knowing that Alexis was not responsible for the rental payments. This was established when Raymond and Angela May signed the initial lease. Creekside at Crabtree did not attacked apartment 459 which was in the same category as 441. Raymond and Angela May informed Creekside at Crabtree staff to refer ALL business matters concerning the apartment 441 to apartment 459. They refused. Placing Alexis Lucas in nerve racking circumstances that she had no control over. Which cause exacerbation and deteriorating of her health. Staff at Creekside at Crabtree were aware that she had RELAPSINFG M.S. Staff were made aware that negative activity toward Alexis could trigger an exacerbation. Apartment 441 is not handicapped accessible. It not wheelchair or rollator accessible, the tub, the door peep hole, the kitchen, are not handicapped accessible.

7.Raymond Earl May Jr. is disabled according to United States Social Security Administration. 2014 Raymond's Earl May Jr. was denoised with Congestive Heart failure. 2015 Raymond Earl

diagnosed

May Jr. was denoised with Spinal Stenosis, Sciatic and Degenerative arthritis of the lower back.

The latter cause chronic pain, severe cramps, severe stabbing like pain in feet and hands and

throughout the body. Raymond Earl May Jr. sertraline was increased to 100 mg from 50 mg.

Congestive heart failure worsened. While steal dealing with chronic pain.

Staff at Creekside at Crabtree Apartments were made aware of Raymond May's disability. They

placed Raymond and Angela May in apartment 459 and Alexis Lucas in 441. The

apartments are on opposite side of the building. Trevor Stroud initially stated that the 459 was

about five doors away from 441.

8.Apartment 459 fraudulent lease to obtain a summary of ejection. 9/9/2020 they use

fraudulent lease to attempt to evict Raymond and Angela May during our counterclaim.

9/3/2020 they presented a lease that we did not sign and 9/9/20202 they tried to evict us.

Obstruction of Justice, Perjury by Affidavit, Forgery and uttering. Article 18 U.S.C. 1503

9.During the month of May 2021 10, Bryan Sulentidc and Meagan Dawes obtain a summary of

ejection for 4700 Riverwood Circle Raleigh NC 27622 apartment 441 and 459. Court date for the

hearing in District Civil Court Wake County NC. June 10, 2021. (Virtual Court)

June 10, 2021, during our Wake County Court virtual court hearing Bryan Sulentic after the

Judge ruled on the case in open court he asked the judge if he could go to the Clerk of Court to

have a Clerk change Raymond Earl May Jr.'s voluntarily dismissal and bring it back.

Bryan Sulentic only defense was to accuse Raymond Earl May Jr. of "posing" and dismissing

Bryan Sulentic's case by goings to the Wake County Clerk's office and dismissing Bryan Sulentic

case when it was ruled by the Judge that Raymond Earl May Jr. dismissed his counterclaim.

5

Article 18 U.S.C. 1503

Raymond Earl May Jr., Angela Dolores May and Alexis Angelena Lucas seek the following relief:

1.Declare the Defendants violated Title 42 3604 (a)(b)(d)f(2)(3)BC(i)(ii)(iii)I,II,III,IV
Award 75.000,000,00 seventy-five million dollars in punitive damage, monetary damages,
malicious prosecution, mental anguish, emotional distress, pain and suffering.

2.Declare that he defendant negligently engaged in conduct, (2) it was reasonably foreseeable
that such conduct would cause the plaintiff severe emotional distress (often referred to
"Mental Anguish"), and (3) the conduct did in fact cause the plaintiffs severe emotional
distress. (Intentional Infliction of Emotional Distress.)

3.Declare that the defendants obstructed justice by forgery and uttering, perjury by affidavit.

Date: 6-29-20 Signature _____

Print Name: Raymond Earl May Jr, Angela May, Alexis A. Lucas

Raymond Earl May Jr. Pro Se
Angela Dolores May
Alexis Angelena May
910-228-4539,910-228-4947
angeladmay@gmail.com
raymayjr@yahoo.com
4700 Riverwood Circle
Raleigh NC 27612 # 459

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA.
WESTERN DIVISION- CIVIL

**VERIFICATION**

STATE OF NORTH CAROLINA

COUNTY OF WAKE

Raymond Earl May, Jr Angela Dolores May _alexis Angelena Lucas_, Plaintiff/Defendant herein, being first duly sworn, deposes and says that he/she has read the foregoing Motion and knows the contents thereof; that the same is true of his/her own knowledge except as to those matters stated upon information and belief and as to those, he/she believes them to be true.

_Raymond Earl May Jr.      Angela Debra May      Alexis Angelena Lucas_
Plaintiff/~~Defendant~~

I hereby certify that _Raymond Earl May, Jr_ personally appeared _Angela Dolores May, Alexis Angela Lucas_ before me and executed the foregoing document.

(　　) 　 I have personal knowledge of the identity of the principal; or

( ✓ ) 　 I have seen satisfactory evidence of the principal's identity by a current state or federal identification with the principal's photograph in the form of a driver's license.

This _29th_ day of _June_ , _2021_ .

_Catherine M Medina_
Notary Public S

My Commission Expires: _August 9, 2022_

_Catherine M Medina_

[Notary seal: CATHERINE M MEDINA, NOTARY PUBLIC, WAKE COUNTY, NC]