# UNITED STATES DISTRICT COURT
### for the
Eastern District of North Carolina ▾

| | |
|---|---|
| Raymond Earl May Jr.<br>Angela Dolores May<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Martin Fein Interest Ltd. Invesco Ltd. Bell Partners Inc.<br>Creekside at Crabtree d/b/a<br>**SEE ATTACHMENT**<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 5-21-CVD-0083-M

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Desserraye Perry
4524 Newby Dr. C-7
Durham NC 27704

Work:
4524 Newby Dr.(Leasing)
Durham NC 27612
888-889-0152

Attorney John Capitano
301 S. College Rd.  # 2600
Charlotte NC 28202
704-716-0834

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Raymond Earl May Jr.
Angela Dolores May
4700 Riverwood Circle
Raleigh NC 27612 # 459

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/16/2021

Signature of Clerk or Deputy Clerk

Civil Action No. 5-21-CVD-0083-M

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# DEFENDANTS- SUMMONS IN A CIVIL ACTION - ATTACHMENT

## United States District Court

### for the

### Eastern District of North Carolina -Civil Division

**Plaintiff(s)**

May, Jr. Raymond E.

**ATTACHMENT**

May, Angela D.

V

**CIVIL ACTION NUMBER:**

**Defendants**

Martin Fein Interest Ltd.

Bell Partners Inc.

Invesco Ltd.

Creekside at Crabtree Apartments

Crabtree Apartments Associates II LLC

The Corporation Trust Company

Brenda Hubbard

Katie Nelson

Trevor Stroud

William Hubbard

Karry Allen

Desserraye Perry

Meagan Dawes

Cheyenne Taylor

1

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of North Carolina ▼

| | | |
|---|---|---|
| Raymond Earl May Jr.<br>Angela Dolores May | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | CV |
| v. | ) | Civil Action No. 5-21-~~CVD~~-0083-M |
| Martin Fein Interest Ltd. Invesco Ltd. Bell Partners Inc.<br>Creekside at Crabtree d/b/a<br>SEE ATTACHMENT | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bell Partners Inc.      Attorney F.Todd Whitlow
                                      300 N. Greene St. #1000      1204 Village Market Place # 295
                                      Greensboro NC 27401      Morrisvile NC 27560
                                      336-232-1900         919-863-4305
                                                twhitlow@bwpf.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Raymond Earl May Jr.
                                      Angela Dolores May
                                      4700 Riverwood Circle
                                      Raleigh NC 27612 # 459

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/16/2021         _____
                              *Signature of Clerk or Deputy Clerk*

Civil Action No. 5-21-CVD-0083-M

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

◻ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◻ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◻ I returned the summons unexecuted because _____ ; or

◻ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                    *Server's signature*

                                           _____
                                                    *Printed name and title*


                                           _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

# DEFENDANTS- SUMMONS IN A CIVIL ACTION - ATTACHMENT

## United States District Court

### for the

### Eastern District of North Carolina -Civil Division

**Plaintiff(s)**

May, Jr. Raymond E.                          **ATTACHMENT**

May, Angela D.

V                                            **CIVIL ACTION NUMBER:**

**Defendants**

Martin Fein Interest Ltd.

Bell Partners Inc.

Invesco Ltd.

Creekside at Crabtree Apartments

Crabtree Apartments Associates II LLC

The Corporation Trust Company

Brenda Hubbard

Katie Nelson

Trevor Stroud

William Hubbard

Karry Allen

Desserraye Perry

Meagan Dawes

Cheyenne Taylor

1

# UNITED STATES DISTRICT COURT
### for the
Eastern District of North Carolina ▼

| | |
|---|---|
| Raymond Earl May Jr.<br>Angela Dolores May<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Martin Fein Interest Ltd. Invesco Ltd. Bell Partners Inc.<br>Creekside at Crabtree d/b/a<br>**SEE ATTACHMENT**<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 5-21-~~CVD~~-0083-M

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Invesco
11 Greenway Plaza Suite #1000
Houston Tx 77046
713-626-1919

Attorney John Capitano
303 S. College Street , Suite  2600
Charlotte NC 28202
704-716-0834
jack.capitano@offitkurman.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Raymond Earl May Jr.
> Angela Dolores May
> 4700 Riverwood Circle
> Raleigh NC 27612 # 459

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  11/16/2021

*Signature of Clerk or Deputy Clerk*

Civil Action No. 5-21-CVD-0083-M

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                              *Server's signature*


                                        _____
                                              *Printed name and title*



                                        _____
                                              *Server's address*

Additional information regarding attempted service, etc:

**DEFENDANTS- SUMMONS IN A CIVIL ACTION - ATTACHMENT**

**United States District Court**

**for the**

**Eastern District of North Carolina -Civil Division**

**Plaintiff(s)**

May, Jr. Raymond E.                                      **ATTACHMENT**

May, Angela D.

V                                                                      **CIVIL ACTION NUMBER:**

**Defendants**

Martin Fein Interest Ltd.

Bell Partners Inc.

Invesco Ltd.

Creekside at Crabtree Apartments

Crabtree Apartments Associates II LLC

The Corporation Trust Company

Brenda Hubbard

Katie Nelson

Trevor Stroud

William Hubbard

Karry Allen

Desserraye Perry

Meagan Dawes

Cheyenne Taylor

1

# UNITED STATES DISTRICT COURT
### for the
Eastern District of North Carolina 🔽

| | |
|---|---|
| Raymond Earl May Jr.<br>Angela Dolores May<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Martin Fein Interest Ltd. Invesco Ltd. Bell Partners Inc.<br>Creekside at Crabtree d/b/a<br>**SEE ATTACHMENT**<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 5-21-CVD-0083-M *(CV)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Martin Fein Interest Ltd.   Attorney John Capitano
Post Oak Blvd. #500    301 S. College Rd.
Houston Tx. 77056    Charlotte NC 28202
713-683-4800    704-716-0834

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Raymond Earl May Jr.
Angela Dolores May
4700 Riverwood Circle
Raleigh NC 27612 # 459

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/14/2021

Signature of Clerk or Deputy Clerk

Civil Action No. 5-21-CVD-0083-M

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____              _____
                                                            *Server's signature*

                                                      _____
                                                            *Printed name and title*



                                                      _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

**DEFENDANTS- SUMMONS IN A CIVIL ACTION - ATTACHMENT**

**United States District Court**

**for the**

**Eastern District of North Carolina -Civil Division**

**Plaintiff(s)**

May, Jr. Raymond E.                                    **ATTACHMENT**

May, Angela D.

V                                                                **CIVIL ACTION NUMBER:**

**Defendants**

Martin Fein Interest Ltd.

Bell Partners Inc.

Invesco Ltd.

Creekside at Crabtree Apartments

Crabtree Apartments Associates II LLC

The Corporation Trust Company

Brenda Hubbard

Katie Nelson

Trevor Stroud

William Hubbard

Karry Allen

Desserraye Perry

Meagan Dawes

Cheyenne Taylor

1

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of North Carolina

| | |
|---|---|
| Raymond Earl May Jr.<br>Angela Dolores May<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Martin Fein Interest Ltd. Invesco Ltd. Bell Partners Inc.<br>Creekside at Crabtree d/b/a<br>**SEE ATTACHMENT**<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 5-21-CV̶D̶-0083-M

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Katie Nelson          Attorney John Capitano
1509 Rhodes School Dr.      301 S. College Rd.  # 2600
Wendell NC 27591          Charlotte NC 28202
                704-716-0834

Work:
Lincoln Harris
5400 Trinity Rd. Raleigh NC 27612

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Raymond Earl May Jr.
Angela Dolores May
4700 Riverwood Circle
Raleigh NC 27612 # 459

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/16/2021                   _____
                          *Signature of Clerk or Deputy Clerk*

Civil Action No. 5-21-CV-0083-M

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____          _____

                                    *Server's signature*


                                    _____

                                    *Printed name and title*


                                    _____

                                    *Server's address*


Additional information regarding attempted service, etc:

## United States District Court

### for the

### Eastern District of North Carolina -Civil Division

Plaintiff(s)

May, Jr. Raymond E.                                    **ATTACHMENT**

May, Angela D.

V                                                      **CIVIL ACTION NUMBER:**

Defendants

Martin Fein Interest Ltd.

Bell Partners Inc.

Invesco Ltd.

Creekside at Crabtree Apartments

Crabtree Apartments Associates II LLC

The Corporation Trust Company

Brenda Hubbard

Katie Nelson

Trevor Stroud

William Hubbard

Karry Allen

Desserraye Perry

Meagan Dawes

Cheyenne Taylor

1

Katie Nelson do work for Lincoln Harris. He location is unknown.

# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina ▼

| | |
|---|---|
| Raymond Earl May Jr.<br>Angela Dolores May<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Martin Fein Interest Ltd. Invesco Ltd. Bell Partners Inc.<br>Creekside at Crabtree d/b/a<br>**SEE ATTACHMENT**<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 5-21-~~CVD~~-0083-M

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Trevor Stroud             Attorney John Capitano
1600 Springwood Plaza Dr. # 317  301 S. College Rd.  # 2600
Spring Tx. 77389          Charlotte NC 28202

Work:Martin Fein Interest Ltd.   The Market City Place (Leasing)
1400 Post Oak Blvd # 500     1600 Spring Wood Dr.
Houston Tx 77056          Spring Tx 77389
713-683-4800            282-528-6278

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Raymond Earl May Jr.
Angela Dolores May
4700 Riverwood Circle
Raleigh NC 27612 # 459

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/16/2021

_____
Signature of Clerk or Deputy Clerk

Civil Action No. 5-21-CVD-0083-M

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**DEFENDANTS- SUMMONS IN A CIVIL ACTION - ATTACHMENT**

**United States District Court**

**for the**

**Eastern District of North Carolina -Civil Division**

**Plaintiff(s)**

May, Jr. Raymond E.                              **ATTACHMENT**

May, Angela D.

V                                               **CIVIL ACTION NUMBER:**

**Defendants**

Martin Fein Interest Ltd.

Bell Partners Inc.

Invesco Ltd.

Creekside at Crabtree Apartments

Crabtree Apartments Associates II LLC

The Corporation Trust Company

Brenda Hubbard

Katie Nelson

Trevor Stroud

William Hubbard

Karry Allen

Desserraye Perry

Meagan Dawes

Cheyenne Taylor

1

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina ▾

| | |
|---|---|
| Raymond Earl May Jr.<br>Angela Dolores May<br><br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>Martin Fein Interest Ltd. Invesco Ltd. Bell Partners Inc.<br>Creekside at Crabtree d/b/a<br>**SEE ATTACHMENT**<br><br>_____<br>*Defendant(s)* | ) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) ) |

Civil Action No. 5-21-~~GVD~~-0083-M

## SUMMONS IN A CIVIL ACTION

**To:** *(Defendant's name and address)*  Brenda Hubbard      Attorney John Capitano
10303 Eddystone Dr.     301 S.College Street Suite 2600
Houston, Tx. 77043      Charlotte NC 28202
704-716-0834
email:jack.capitano@offitkurman.com

Work:Martin Fein Interest Ltd.
1400 Post Oak blvd. # 500
Houston Tx. 77056 713-683-4800

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Raymond Earl May Jr.
Angela Dolores May
4700 Riverwood Circle
Raleigh NC 27612 # 459

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/16/2021

*Signature of Clerk or Deputy Clerk*

Civil Action No. 5-21-CVD-0083-M

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of individual)* _____ , who is

    designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ☐ I returned the summons unexecuted because _____ ; or

    ☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**DEFENDANTS- SUMMONS IN A CIVIL ACTION - ATTACHMENT**

**United States District Court**

**for the**

**Eastern District of North Carolina -Civil Division**

**Plaintiff(s)**

May, Jr. Raymond E.                                    **ATTACHMENT**

May, Angela D.

V                                                              **CIVIL ACTION NUMBER:**

**Defendants**

Martin Fein Interest Ltd.

Bell Partners Inc.

Invesco Ltd.

Creekside at Crabtree Apartments

Crabtree Apartments Associates II LLC

The Corporation Trust Company

Brenda Hubbard

Katie Nelson

Trevor Stroud

William Hubbard

Karry Allen

Desserraye Perry

Meagan Dawes

Cheyenne Taylor

1

# UNITED STATES DISTRICT COURT
### for the
Eastern District of North Carolina ▦

| | |
|---|---|
| Raymond Earl May Jr.<br>Angela Dolores May<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Martin Fein Interest Ltd. Invesco Ltd. Bell Partners Inc.<br>Creekside at Crabtree d/b/a<br>**SEE ATTACHMENT**<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 5-21-CVD-0083-M

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* William Hubbard          Attorney F. Todd Whitlow
4920 Great Meadows Ct.          1204 Village Market Place # 295
Raleigh NC 27609               Morrisville NC 27560
                               919-863-4305
                               twhitlow@bwpf.law.com

Work:Creekside at Crabtree Apartments
4700 Riverwood Circle
Raleigh NC 27612(Leasing office)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Raymond Earl May Jr.
Angela Dolores May
4700 Riverwood Circle
Raleigh NC 27612 # 459

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/16/2021                    _____
                                   *Signature of Clerk or Deputy Clerk*

Civil Action No. 5-21-CVD-0083-M

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**DEFENDANTS- SUMMONS IN A CIVIL ACTION - ATTACHMENT**

**United States District Court**

**for the**

**Eastern District of North Carolina -Civil Division**

**Plaintiff(s)**

May, Jr. Raymond E.                                    **ATTACHMENT**

May, Angela D.

V                                                          **CIVIL ACTION NUMBER:**

**Defendants**

Martin Fein Interest Ltd.

Bell Partners Inc.

Invesco Ltd.

Creekside at Crabtree Apartments

Crabtree Apartments Associates II LLC

The Corporation Trust Company

Brenda Hubbard

Katie Nelson

Trevor Stroud

William Hubbard

Karry Allen

Desserraye Perry

Meagan Dawes

Cheyenne Taylor

1