Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* William Hubbard

was received by me on *(date)* B. Pai 6/17/22

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ;

☑ Other *(specify):* Texas Rules of Civil Procedure # 106 & 108
Fax # 334-232-1901

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 6/17/22

B. Pai
*Server's signature*

Gabrielle Paige
*Printed name and title*

4540 Tournament Dr. Apt 308
*Server's address* Raleigh, NC 27612

Additional information regarding attempted service, etc:

FILED

JUN 1 7 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Trevor Stroud

was received by me on *(date)* B. Paige 4/17/22

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ;

☑ Other *(specify):* Texas Rules of civil procedure #106&108
Email Contact@rufkin.com

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 6/17/22

B. Paige
_____
Server's signature

Gabrielle Paige
_____
Printed name and title

4540 Tournament dr. Apt 308
_____
Server's address   Raleigh, NC 27612

Additional information regarding attempted service, etc:

FILED

JUN 1 7 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Senior Vice President Mike Loveless
was received by me on *(date)* G. Paige 6/17/22

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ;

☑ Other *(specify):* Texas Rules of Civil Procedure 106 & 108
FAX# 336-232-1901

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 6/17/22

_____
Server's signature

Gabrielle Paige
Printed name and title

4540 Tournament dr. Apt 308
Server's address Raleigh, NC 27612

Additional information regarding attempted service, etc:

FILED

JUN 1 7 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Case 5:21-cv-00083-M   Document 100   Filed 06/17/22   Page 3 of 9

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* President Martin Fein

was received by me on *(date)* G. Paige 6/17/22

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ;

☑ Other *(specify):* Texas Rules of Civil Procedure # 106 & 108
Email Contact@mfein.com

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 6/17/22

_____
*Server's Signature*

Gabrielle Paige
_____
*Printed name and title*

4540 Tournament dr. Apt 304
_____
*Server's address* Raleigh, NC 27612

Additional information regarding attempted service, etc:

FILED

JUN 1 7 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Civil Action No. 5:21-CV-00083-M

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* President and C.E.O Lili F. Dunn
was received by me on *(date)* G. Paige 6/17/22

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Texas Rules of Civil procedure # 106 & 108
Fax # 336-232-1901

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/17/22

G. Paige
*Server's signature*

Gabrielle Paige
*Printed name and title*

4540 Tournament dr. Apt 308
*Server's address* Raleigh, NC 2761

Additional information regarding attempted service, etc:

**FILED**

JUN 1 7 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____MLB_____ DEP CLK

Civil Action No. 5:21-CV-00083-M

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Meaghan Dawes-Fountain

was received by me on *(date)* ~~G. Paige~~ 6/17/22

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Texas Rules of civil procedure # 106 & 108
Fax # 336-232-1901

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/17/22

_____
Server's signature

Gabrielle Paige
Printed name and title

4540 Tournament dr. Apt 308
Server's address Raleigh, NC 27612

Additional information regarding attempted service, etc:

FILED

JUN 1 7 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Civil Action No. 5:21-CV-00083-M

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kaery Allen

was received by me on *(date)* Ct. Ping 6/17/22

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Texas Rules of Civil Procedure # 106 &108
Fax # 336-232-1901

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/17/22 _____

_____
Server's signature

Gabrielle Paige
Printed name and title

4540 Tournament dr. Apt 308
Server's address Raleigh NC 27601

Additional information regarding attempted service, etc:

FILED

JUN 1 7 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Civil Action No. 5:21-CV-00083-M

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Desserraye Perry
was received by me on *(date)* B. Paige 6/17/22

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*
Email Contact@mflin.com

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/17/22

B. Paige
*Server's signature*

Gabrielle Paige
*Printed name and title*

4540 Tournament dr. Apt 308
*Server's address* Raleigh, NC 27606

Additional information regarding attempted service, etc:

FILED

JUN 1 7 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Civil Action No.

# PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Brenda Brooks-Hubbard

was received by me on *(date)* G. Paige 6/17/22

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ;

☑ Other *(specify):* Email Texas Rules of Civil procedure #106 & 108 Contact@ mfein.com

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 6/17/22

_____
Server's signature

Gabrielle Paige
_____
Printed name and title

4540 Tournament dr. Apt 308 Raleigh, NC 27613
_____
Server's address

Additional information regarding attempted service, etc:

FILED

JUN 17 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK