\* \* \* Communication Result Report ( Jun. 17. 2022 2:17PM ) \* \* \*

1)
2)

Date/Time: Jun. 17. 2022 2:10PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 0873 | Memory TX | 3362321901 | P. 55 | E-3) 3) | P. 1-55 |

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size
E. 2) Busy
E. 4) No facsimile connection
E. 6) Destination does not support IP-Fax

---

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina ▼

CREEKSIDE AT CRABTREE d/b/a
Creekside at Crabtree Apartments

_Plaintiff(s)_

v.

Raymond Earl May Jr et al
Angela Dolores May et el

_Defendant(s)_

Civil Action No. 5:21-CV-00083-M

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Bell Partners Inc. C/O President and C.E.O Lili F. Dunn
300 N. Greene St. Greensboro NC 27401
Suite 1000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Raymond Earl May Jr. / Angela Dolores May
4700 Riverwood Circle, #459, Raleigh N.C. 27612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_ Peter A. Moore, Jr., Clerk

Date: 6-7-2022

_Signature of Clerk or Deputy Clerk_

E4.1

Civil Action No. 5:21-CV-00083-M

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Presidevt and C.E.O Lili F. Dunn
was received by me on *(date)* ⊖. Paige 6/17/22

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Texas Rules of Civil procedure # 106 & 108 Fax # 386-232-1901

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 6/17/22

_____
Server's signature

Gabrielle Paige
Printed name and title

4540 Tournament dr. Apt 308
Server's address Raleigh, NC 27615

Additional information regarding attempted service, etc:

**FILED**

JUN 1 7 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK