**FILED**

AUG 1 8 2022



PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL DIVISION

File Number 5: 21-CV-00083
Demand for Jury Trial-X-Yes

Raymond Earl May Jr,
Angela Dolores May
Plaintiff(s),

V.

Creekside at Crabtree d/b/a et.,al
Creekside at Crabtree Apartments
Defendant(s)

Request Dismissal
of Defendants Without
Prejudice.

---

COME NOW: Plaintiffs Raymond Earl May Jr. and Angela Dolores May, hereafter

known as Plaintiffs, are requesting the Court to dismiss President Lili Dunn,

President Martin Flanagan, Invesco Inc, Bell Partners Inc. William Hubbard,

Meaghan Dawes, Mike Loveless and Karry Allen to be dismissed without prejudice.

Pursuant to F.R.C.P, 7b (1) Motion and Other Pleadings.

Therefore, Plaintiffs prays the Court to dismiss the Defendants without prejudice

---

Respectfully submitted this 18th day of August 2022.

Raymond Earl May Jr.          8/18/2022

Angela Dolores May            8/18/2022

F. Todd Whitlow
Brownlee, Whitlow & Praett LLC
1204 Village Market Place #295
Morrisville NC 27560
919-863-4305
twhitlow@bwpf-law.com

John H. Capitano
Offit Kurmanpa
301 S. College Street, Suite 2600
Charlotte NC 28202
jack.capitano@offitkurman.com
704-716-0834

---

Pro se
Raymond Earl May Jr.
Angela Dolores May
4700 Riverwood Circle 459

Raleigh NC 27612
910-228-4539, 910-228-4947
raymayjr@yahoo.com
angeladmay415@gmail.com

# CERTIFICATE OF SERVICE

This is to certify that the undersign on this date, 15 August 2022 served a copy of the foregoing MOTION TO DISMISS DEFENDANTS upon the Plaintiff by  US Poaastal Service  depository under the exclusive care and custody of the US Postal Service package and mail delivery service, properly addressed to the attorney or attorneys for said parties or the parties as follows.

OFFIT KURMAN
J. Capitano
301 S. College Street # 2600
Charlotte NC 28202
jack.capitano@offitkurman.com
704-716-0834


Brownlee Whitlow & Praet, LLC
By: Todd Whitlow
1204 Village Market Place  # 295
Morrisville, N.C. 27560
(919)-863-4315
N.C. State Bar No. 28865
twhitlow@bwpf-law.com


Raymond Earl May Jr.
Angela Dolores May
4700 Riverwood Circle, # 459
Raleigh, N.C. 27612
raymayjr@yahoo.com
angeladmay415@gmail.com

-3-