**FILED**

AUG 2 5 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH

CAROLINA

WESTERN DIVISION
CIVIL DIVISION

File Number 5: 21-
5-21- CV- 00083-M
Demand for Jury Trial-X-Yes

Raymond Earl May Jr,
<u>Angela Dolores May</u>
Plaintiff(s),

V.

Motion To Dismiss Defendants
Without Prejudice

Creekside at Crabtree d/b/a et.,al
<u>Creekside at Crabtree Apartments</u>
Defendant(s),

---

Pursuant to Federal Rules of Civil Procedure Rule 7(b) Raymond Earl May Jr and Angela Dolores May, hereafter known as Plaintiffs, request the Court to dismiss without prejudice Bell Partners Inc., Lili Dunn, Martin Flanagan, Larry Lovesless, Meaghan Dawes, William Hubbard, Karry Allen, and Invesco Inc. Defendants falls under Martin Fein Interesst Ltd. They are employed by Martin Fein Interst Ltd. Martin Fein is responsible for their action under the legal doctrine reffered to as "respondeat" Each was acting within the course and scope of employement.

Therefore Plaintiffs prays the Court to dismiss Defendants without perjudice.

---

Respectfully submitted this 24rd day of August 2022.

Raymond Earl May Jr.

8/24/2027
Angela Dolores May

8/24/2022

Brownlee Whitlow & Praet, LLC
NCSB # 288665
By: Todd Whitlow
1204 Village Market Place  # 295
Morrisville, N.C. 27560
(919)-863-4315
twhitlow@bwpf-law.com

OFFIT KURMAN
301 S. College Street # 2600
J. Capitano
Charlotte NC 28202
jack.capitano@offitkurman.com
704-716-0834

Raymond Earl May Jr.  *QM*
Angela Dolores May *eli*
4700 Riverwooxd Circle 459
Raleigh NC 27612
910-228-4539,910-228-4947
raymayjr@yahoo.com
angela Dolores may

## CERTIFICATE OF SERVICE

This is to certify that the undersign on this date, 24 August 2022 served a copy of the foregoing MOTION TO DISMISS WITH OUT PREJUDICE upon the Plaintiff by CERTIFIED MAIL, by Unitetd tates Postal Service and depositing a copy hereof in a post paid envelope in a post office or official depository under the exclusive care and custody of the United States Post Service property addressed to the attorney or attorneys for said parties or the parties as follows.

OFFIT KURMAN
301 S. College Street # 2600
Charlotte NC 28202
jack.capitano@offitkurman.com
704-716-0834

BROWNLEE WHITLOW & PRAET, PLLC
F.Todd Whitlow NCSB #288665
1204 Village Market Place #295
Morrisville NC 27560
919-863-4305
twhitlow@bwpf-law.com

---

This the 24th day of August, 2022

Raymond Earl May Jr
Angela Dolores may

Raymond Earl May Jr.
Angela Dolores May
4700 Riverwood Circle,Raleigh
NC 27612 #459
910-228-4539,910-228-4947
raymayjr@yahoo.com
angeladmayo415@gmail.com