IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL DIVISION

Raymond Earl May Jr. et. al.
Angela Dolores May
Plaintiffs,

V.

Creekside at Crabtree d/b/a et. al
Creekside at Crabtree Apartments
Defendants,

File No. 5:21-CV-00083-M
Demand for Jury Trial-Yes
Pro Se

Motion to Dismiss without
Prejudice

---

Pursuant to Federal Rules of Civil Procedure Rule 7(b) Raymond Earl May Jr and

Angela Dolores May, hereafter known as Plaintiffs, request the Court to dismiss

without prejudice Brenda Brooks-Hubbard, Trevor Stroud and Deserraye Perry.

Defendants falls under Martin Fein Interesst Ltd. They are employed by Martin

Fein Interst Ltd. Martin Fein is responsible for their action under the legal doctrine

reffered to as "respondeat" Each was acting within the course and scope of

employement.

Therefore Plaintiffs prays the Court to dismiss Defendants without perjudice.

---

Respectfully submitted this 7th day of February 2023.

Raymond Earl May Jr.

2/7/2023

1

Angela Dolores May

*[signatures]* 2/7/2023

Raymond Earl May Jr.
Angela Dolores May
615 N. Boylan Ave. # 415
Raleigh NC 27611
910-228-4539,910-228-4947
raymayjr@yahoo.com
angeladmay415@gmail.com
MAILING ADDRESS
 311 New Bern Ave. PO Box 24772
Raleigh NC 27611

---

OFFIT KURMAN
301 S. College Street# 2600
 J. Capitano
Charlotte NC 28202
jackcapitano@offitkurman.com
 704-716-0834

2

**CERTIFICATE OF SERVICE**

This is to certify that the undersign on this date, February 7th, 2023 served a copy of the foregoing . MOTION TO DISMISS DEFENDANT upon the Plaintiff by, by United States Postal Service and depositing a copy hereof in a post paid envelope in a post office or official depository under the exclusive care and custody of the United States Post Service property addressed to the attorney or attorneys for said parties or the parties as follows.

OFFIT KURMAN
301 S. College Street# 2600
J. Capitano
Charlotte NC 28202
jackcapitano@offitkurman.com
704-716-0834

This the 7th day of February, 2023

Raymond Earl May Jr _RE4N8_ 2/7/2023
Angela Dolores May _Angela Dolores May_ 2/7/2023

Raymond Earl May Jr.
Angela Dolores May
615 N. Boylan Ave. # 415
Raleigh NC 27611
910-228-4539,910-228-4947
raymayjr@yahoo.com
angeladmay415@gmail.com
MAILING ADDRESS
311 New Bern Ave. PO Box 24772
Raleigh NC 27611

1