IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:21-CV-00083-M

RAYMOND EARL MAY, JR. and
ANGELA DOLORES MAY,

          Plaintiffs,

vs.

MARTIN FEIN INTEREST LTD.,

          Defendant.

DEFENDANT, MARTIN FEIN INTEREST
LTD.'S MOTION FOR SUMMARY
JUDGMENT

Defendant, Martin Fein Interest Ltd. ("Defendant"), by and through undersigned counsel,

pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves for summary judgment against

Plaintiffs, Raymond Earl May Jr. and Angela Dolores May, on the grounds that there is no genuine

issue as to any material fact as shown by pleadings and the Affidavit of Julie Batch filed herewith,

and Defendant is entitled to judgment as a matter of law, dismissing this action. In the event the

deadline for dispositive motions is extended, Defendant reserves the right to supplement and/or

amend this motion.

Respectfully submitted this the 28th day of November 2023.

KIRK PALMER & THIGPEN, P.A.

By:/s/ John H. Capitano
    John H. Capitano / NC State Bar No. 21965
    *Attorney for Martin Fein Interest Ltd.*
    1300 Baxter Street, Suite 300
    Charlotte, N.C. 28204
    Telephone: (704) 332-8000
    Facsimile: (704) 332-8264
    E-mail: jcapitano@kptlaw.com

{00367648.1}

**CERTIFICATE OF SERVICE**

I certify that the foregoing and attached *DEFENDANT, MARTIN FEIN INTEREST LTD.'S MOTION FOR SUMMARY JUDGMENT* was served by mail on the parties listed below and electronically through the Court's Notice of Electronic Filing System as follows:

> Raymond Earl May Jr.
> Angela Dolores May
> 311 New Bern Avenue
> P.O. Box 24772
> Raleigh, NC 27601

This the 28th day of day of November, 2023.

KIRK PALMER & THIGPEN, P.A.

By:/s/ John H. Capitano
John H. Capitano