UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RAYMOND EARL MAY, JR., and )
ANGLEA DOLORES MAY, )
    Plaintiffs, )
             )
vs. )      **JUDGMENT**
             )   **CASE NO. 5:21-CV-83-M**
MARTIN FEIN INTEREST LTD., )
             )
    Defendant. )
             )
             )

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's order entered on August 2, 2021 [DE 16], the court ADOPTS the memorandum and recommendation [DE 12]. Plaintiffs' ADA claim and intentional infliction of emotional distress claim are DISMISSED as to all Defendants, and all claims against Defendants Creekside at Crabtree Apartments and Crabtree Apartments Associates II LLC are DISMISSED without prejudice.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's order entered on March 27, 2024 [DE 170], the court ADOPTS the memorandum and recommendation [DE 167]. Defendant's motion for summary judgment is GRANTED.

This Judgment filed and entered on March 27, 2024, and copies to:
Raymond and Angela May (via U.S. Mail)
John H. Capitano (via CM/ECF Electronic Notification)

March 27, 2024          Peter A. Moore, Jr.
                 Clerk of Court

                 By: /s/ Kimberly R. McNally
                 Deputy Clerk