FILED: June 18, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1323
(5:21-cv-00083-M)

_____

RAYMOND EARL MAY, JR.; ANGELA DOLORES MAY

Plaintiffs - Appellants

v.

MARTIN FEIN INTEREST LTD.

Defendant - Appellee

_____

M A N D A T E

_____

The judgment of this court, entered April 28, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule
41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*